# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **IMPLICIT, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:18-cv-54-JRG |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **SANDVINE CORPORATION,** | § | |
| | § | |
| *Defendant.* | § | |

## MINUTES FOR STATUS CONFERENCE
## BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### December 19, 2019

**OPEN: 4:45 p.m.**                                              **ADJOURN: 4:50 p.m.**

| | |
|---|---|
| ATTORNEY FOR PLAINTIFF: | Bo Davis |
| ATTORNEY FOR DEFENDANT: | Gil Gillam |
| LAW CLERKS: | Taylor Fitzner<br>Christian Chessman |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 4:45 p.m. | Court opened.  Messrs. Gillam and Davis presented the parties' stipulation of noninfringement obviating the need for a Jury trial. |
| | The Court instructed the parties to file by Noon on December 17, 2019, a written stipulation memorializing the parties' agreement. |
| 4:50 p.m. | Court adjourned. |