**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| IMPLICIT, LLC, | § |
| *Plaintiff,* | § § § |
| v. | §  CIVIL ACTION NO. 2:18-CV-00054-JRG |
| SANDVINE CORPORATION, | § § § |
| *Defendant.* | § § § |

**FINAL JUDGMENT**

Before the Court is Plaintiff Implicit, LLC ("Implicit") and Defendant Sandvine Corporation's ("Sandvine") (collectively, the "Parties") Stipulation of Noninfringement (the "Stipulation"). (Dkt. No. 17.) In the Stipulation, the Parties stipulate to noninfringement as to all asserted claims of U.S. Patent Nos. 8,694,683 ("the '683 patent"); 9,270,790 ("the '790 patent"); and 9,591,104 ("the '104 patent") (collectively, "the Patents-in-Suit") based on the Court's claim construction order (Dkt. Nos. 111, 117.) Further, the Parties request that the Court enter a final judgment of noninfringement pursuant to the Stipulation.

Having considered the Stipulation, the Court is of the opinion that the Stipulation should be and hereby is **APPROVED**. Accordingly, Pursuant to Rule 58 of the Federal Rules of Civil Procedure the Court hereby **ORDERS** and **ENTERS JUDGMENT** pursuant to the Stipulation as follows:

1. Sandvine did not infringe Claims 1, 2, and 10 of the '683 Patent;

2. Sandvine did not infringe Claims 1, 2, 8, 9, and 15 of the '790 Patent;

3. Sandvine did not infringe Claims 1, 3, 4, 10 and 16 of the '104 Patent;

4. All of the Sandvine's other claims, counterclaims, and defenses are **DISMISSED WITHOUT PREJUDICE;** and

5. Each party shall bear its own costs and attorneys' fees.

The Clerk of the Court is directed to **CLOSE** the above-referenced case. All other relief requested by either party and not specifically awarded is **DENIED**.

**So ORDERED and SIGNED this 18th day of December, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE